**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6223**

CHRISTOPHER ALSOP,

              Petitioner - Appellant,

        v.

WARDEN T. S. STEWART,

              Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:19-cv-00971-PWG)

Submitted:  October 1, 2020                          Decided:  October 8, 2020

Before DIAZ, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Alsop, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Alsop, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he challenged his disciplinary conviction for possession of unauthorized drugs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alsop v. Stewart*, No. 8:19-cv-00971-PWG (D. Md. Feb. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
